**FILED**
CLERK, U.S. DISTRICT COURT

7/29/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALISA BODE,

      Plaintiff,

      v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

No.: 8:17-cv-01971-SK

**ORDER AWARDING ATTORNEY
FEES UNDER THE EQUAL
ACCESS TO JUSTICE ACT,
PURSUANT TO 28 U.S.C. § 2412(d),
AND COSTS, PURSUANT TO 28
U.S.C. § 1920**

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

be awarded attorney fees under the EAJA in the amount of SIX THOUSAND

NINE HUNDRED DOLLARS ($6,900.00), and costs under 28 U.S.C. § 1920, in

the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of

the above-referenced Stipulation.

Dated: July 29, 2019

_____
Steve Kim
United States Magistrate Judge